FILED
U.S. District Court
District of Kansas

OCT 29 2025

Clerk, U.S. District Court
By____NAP____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BENJAMIN VELAYO
15426 HICKORY ST, APT. 4
BASEHOR, KS. 66007
(Enter above the full name of the Plaintiff(s))

vs.

CHERYL FOX / DMV
Name
111 DELAWARE ST., STE. B
Street and number
LEAVENWORTH, KS. 66048
City           State        ZipCode

2:25-cv-02624-DDC-TJJ

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.  Name of plaintiff  BENJAMIN VELAYO
       Address  15426 HICKORY ST, APT. 4
       BASEHOR, KS. 66007

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _CHERYL FOX / D.M.V._ is employed at _DEPT. OF MOTOR VEHICLES, 111 DELAWARE ST., STE. B, LEAVENWORTH, KS. 66048_

C. Additional Defendants _KRIS KOBACH, KANSAS ATTORNEY GENERAL, 120 S.W. 10TH AVE., 2ND FLOOR TOPEKA, KS. 66612_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of _KANSAS_.
2. The first-named defendant above is either
   a. a citizen of the State of _KANSAS_; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _KANSAS_; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds): Cheryl Fox can also be charged in a Conspiracy to commit harassment and personal privacy violation. I believe there is something wrong with her.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The incident occurred on August 6, 2025 at about 9:20 A.M. in the D.M.V. office in Leavenworth, Ks. Cheryl Fox gave my address to the people that don't like me at all. Cheryl Fox is a D.M.V. receptionist. I am entitled to relief me from Cheryl Fox & DMV.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) Judgement for the Plaintiff and be relieved in the amount of $50,000.00 from Cheryl Fox and $50,000.00 from the D.M.V. (Dept. of Motor Vehicles).

3

October 27, 2025

I demanded $100,000.00, this will be a split of 2 claims $50,000.00 for each claim.

Claim 1 - I want $50,000.00 from Cheryl Fox to relief my because she gave my personal information to the people that don't like me at all. This occurred at about 9:30 A.M. in August 6, 2025 in the DMV Dept. of Motor Vehicles) suite B in Leavenworth Kansas when I went to change my address on my driver's licensed card for identification. I lived in the elderly place currently and I don't feel comfortable living in the senior lots Independent Living for seniors 55+ years olds and I am 75 years old. Cheryl Fox violated my personal privacy by giving my address to the harassers and that's against privacy.

Claim 2 - I want $50,000.00 from the D.M.V. (Dept. of Motor Vehicles) to relief me also, because I feel that they didn't do a good job of counseling Cheryl Fox about the customers has the rights to have their privacy be left alone and their personal informations not be known to anyone. Evidently Cheryl Fox is not worrying about getting fired and getting sued by the Plaintiff. Signed, Benjamin Velayo

_____

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII. Do you claim punitive monetary damages? Yes ☐   No ☒

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I am strongly believe that I am entitled to receive money, that I am claiming $50,000.00 from Cheryl Fox and $50,000.00 from the D.M.V. (Dept. of Motor Vehicles). Cheryl Fox has violated my privacy rights, there is a law on that and that's against privacy.

4

VIII.  Administrative Procedures:

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☒

B.  If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____
_____
_____

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:
I would the U.S. District Court judges to decide my case in this matter.

IX.  Related Litigation:

Please mark the statement that pertains to this case:

☐  This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒  Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Benjamin Velayo*
Signature of Plaintiff

BENJAMIN VELAYO
Name (Print or Type)

15426 HICKORY St., APT. 4
BASEHOR, KS. 66007
Address

5

BASEHOR KS. 66007
City    State    Zip Code

913-442-1513
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

*Benjamin Velayo*
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

*Benjamin Velayo*
Signature of Plaintiff

Dated: October 27, 2025
(Rev. 10/15)

6