BENJAMIN VELAYO
15426 HICKORY ST., APT 4
BASEHOR, KS. 66007

RECEIVED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS



U.S. DISTRICT COURT CLERK'S OFFICE
DISTRICT OF KANSAS
500 STATE AVENUE, ROOM 259
KANSAS CITY, KANSAS 66101