December 22, 2025

BENJAMIN VELAYO - CASE NO. 25-02624

I mailed out my response against the defendants' attorney on December 10, 2025 but the U.S. District Court Clerk hasn't received it yet, so I am writing another response by Emailing to the U.S. District Court Clerk. I say, Don't dismiss my case, because I got grounds to sue both parties that is Cheryl Fox and the D.M.V. (Dept. of Motor Vehicles). How could it be lack of jurisdiction! Basehor, Kansas is part of Leavenworth County, it happened in Leavenworth D.M.V. in the State of Kansas on August 6, 2025 around my appointment at 9:20 A.M. Cheryl Fox is the same person that I sued her when she was working for the Leavenworth V.A. Hospital in Leavenworth, Kansas, and now she is employed by the D.M.V. (Dept. of Motor Vehicles) in the State of Kansas as a D.M.V. receptionist. She took care my paperwork for a change of address on my driver license and found out my new address on my bill statement for proof of my new address. She did it again, it's the third time, she gave my address to the harassers to harass me and to mess around with my privacy, and also it seems that they're trying to run me out of my apartment. Cheryl Fox is the informant for the harassers, they're doing a criminal act of hate crime.

Sincerely,
Benjamin Velayo