December 10, 2025

BENJAMIN VELAYO - Case # 25-02624

Don't dismiss my case against Cheryl Fox and her employer, the Dept. of Motor Vehicles (D.M.V.). The defense attorney wants to dismiss my case against Cheryl Fox and the D.M.V., please don't grant it. The attorney for Cheryl Fox and the DMV (Dept. of Motor Vehicles) said that Plaintiff case lack of jurisdiction, he is wrong. Basehor, Kansas is part of Leavenworth County, the incident happened inside of the Leavenworth DMV. That damned Cheryl Fox did it again against me by giving my address to the harassers, it's the third time that Cheryl Fox gave my personal information to the harassers that she is connected with them, twice when she was working for the Leavenworth V.A. Hospital in Leavenworth, KS. 66048 as a receptionist or an appointment scheduler in the Urology Dept., and another one presently working for the Leavenworth DMV (Dept. of Motor Vehicles) in the State of Kansas. Cheryl Fox did my paperwork on August 6, 2025 for a change of address on my driver license and she found out my new address, and she gave my address to the harassers or the people of Cheryl Fox. Cheryl Fox is the informant for the harassers, they're doing an illegal procedure against me.

Sincerely,
Benjamin Velayo

B. VELAYO
15426 HICKORY ST., APT. 4
BASEHOR, KS. 66007

KANSAS CITY 640
10 DEC 2025 PM 3 L



RECEIVED
DEC 12 2025
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

U.S. DISTRICT COURT
CLERK'S OFFICE
DISTRICT OF KANSAS
500 STATE AVE., ROOM 259
KANSAS CITY, KS. 66101